IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF FLORIDA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SSR MARKET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 24-CV-01638-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 26, 2025 (Doc. 33), this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

**DATED: March 26, 2025**

　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
　　　　　　STEPHEN P. MCGLYNN
　　　　　　U.S. District Judge